FILED
CLERK, U.S. DISTRICT COURT
8/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___asi___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00679-JLS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| JONATHON REDONDO-ROSALES, | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about August 2, 2025, in Los Angeles County, within the Central District of California, defendant JONATHON REDONDO-ROSALES intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim Z.C., an employee of

//

//

Federal Protective Service, while Z.C. was engaged in, and on account of, the performance of Z.C.'s official duties.

          BILAL A. ESSAYLI
          Acting United States Attorney

          CHRISTINA T. SHAY
          Assistant United States Attorney
          Chief, Criminal Division

*/s/ Frances S. Lewis*

          FRANCES S. LEWIS
          Assistant United States Attorney
          Chief, General Crimes Section

          ROBERT QUEALY
          Special Assistant United States Attorney
          General Crimes Section