# EXHIBIT 101










# EXHIBIT 102



EXHIBIT 102

# EXHIBIT 103



EXHIBIT 103

# EXHIBIT 104



EXHIBIT 104

# EXHIBIT 105



EXHIBIT 105

# EXHIBIT 106



EXHIBIT 106

# EXHIBIT 107



EXHIBIT 107

EXHIBIT 108



EXHIBIT 108

# EXHIBIT 109







EXHIBIT 109

Detention and Arrest

# EXHIBIT 110



EXHIBIT 110

EXHIBIT 111



EXHIBIT 111

# EXHIBIT 112



EXHIBIT 112

# EXHIBIT 113



EXHIBIT 113

# EXHIBIT 114



EXHIBIT 114

# EXHIBIT 114



EXHIBIT 115

# EXHIBIT 116



EXHIBIT 116