Robert K. Quealy
Special Assistant United States Attorney
1100 U.S. Courthouse
312 North Spring Street
Los Angeles, California, 90012

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-CR-00679-JLS |
| v. | |
| JONATHON REDONDO-ROSALES | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

One Multimedia CD

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☑ Per Court order dated:   October 7, 2025

☐ Other:

October 7, 2025
Date

Robert K. Quealy
Attorney Name

USA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*