UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:25-cr-00679-CV-1 | Date January 29, 2026 |
| Title United States of America v. Jonathon Redondo-Rosales | |

Present: The Honorable  Cynthia Valenzuela, United States District Judge

| Jessica Cortes | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER RE IN CAMERA REVIEW OF GRAND JURY MATERIALS PENDING RULING ON DEFENDANT'S MOTION IN LIMINE NO. [43]

On September 30, 2025, Defendant Jonathon Redondo-Rosales ("Defendant") filed a motion in limine seeking disclosure of any existing grand jury information and transcripts. Doc. # 43 ("Motion"). Plaintiff United States of America (the "Government") opposes the request. Doc. # 45 ("Opposition").

The Court finds that an in camera review is appropriate to safeguard grand jury secrecy, determine whether any disclosure is warranted, and, if so, define the proper scope of disclosure. *See United States v. Ferreboeuf*, 632 F.2d 832, 835 (9th Cir. 1980) (recognizing district courts' discretion to conduct in camera review of grand jury materials before ruling on disclosure requests). Accordingly, the Government shall submit to the Court, for in camera review, any existing grand jury transcripts concerning Defendant and the August 2, 2025 incident no later than **Thursday, January 29, 2025, at 5:00 p.m. Pacific Time**. If no grand jury proceeding was held, the Government shall instead submit a declaration stating that fact for the Court's *in camera* review.

**IT IS SO ORDERED.**