TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ROBERT K. QUEALY[1]
Special Assistant United States Attorney
Major Frauds Section
THI H. HO (Cal. Bar No. 293978)
Assistant United States Attorney
Asset Forfeiture Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6874 / 0596
     Facsimile: (213) 894-0141
     E-mail:   Robert.Quealy@usdoj.gov
               Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-679-CV |
|---|---|
| Plaintiff, | DECLARATION OF ROBERT K. QUEALY IN RESPONSE TO THE COURT'S ORDER |
| v. | Hearing Date: January 30, 2026 |
| JONATHON REDONDO-ROSALES, | Hearing Time: 9:30 a.m. |
| Defendant. | Location: Courtroom of the Hon. Cynthia Valenzuela |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Special Assistant United States Attorney Robert K. Quealy, hereby files this declaration by Robert K. Quealy,

//

---

[1] Authorized to Practice Pursuant to Local Rule 83-2.1.4.2

in response to the Court's order dated January 29, 2026, and found at docket number 80.

Dated: January 29, 2026

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
ROBERT K. QUEALY
Special Assistant United States Attorney

THI HOANG HO
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF ROBERT K. QUEALY

I, Robert K. Quealy, do hereby declare and state as follows:

1. I am a Special Assistant United States Attorney for the Central District of California, and one of the attorneys representing the United States in this matter. I make this declaration in response to the Court's order dated January 29, 2026, and found at docket number 80.

2. The government intends to offer two video exhibits at trial.

3. The first video exhibit is video captured from the surveillance camera at the Alameda Street exit to the Roybal federal building. The video, subject to the pending motions, is approximately five minutes long. The video is from the surveillance recording equipment and was obtained through the government's case agent. To the government's knowledge, the video has not been altered, sped up, or slowed down. There is a segment of the video starting at approximately forty-nine seconds into the video, the surveillance footage zooms in to observe the incident. The video zooms out at approximately fifty-six seconds into the video. It is the government's understanding that this is the result of the camera being operated in real time by security personal.

4. The second video exhibit is bystander video recorded of the incident as it occurred. The video is approximately one minute and twenty-five seconds long. The video was obtained from defense counsel who, in an email dated January 27, 2026, that the video was originally recorded in slow motion by a private individual who records protests.

1      5.   The original video lodged with the court is a recording
2 made by the case agent using his government phone to capture the
3 video of the contemporaneous recording posted to social media.  The
4 government does not intend to offer this video as an exhibit at
5 trial.
6      I declare under penalty of perjury under the laws of the United
7 States of America that the foregoing is true and correct and that
8 this declaration is executed at Los Angeles, California, on January
9 29, 2026.

                                                            *RQuealy*
                                                _____
                                                  ROBERT K. QUEALY