McBroom Law, P.C.
Katherine "Kacey" McBroom (SBN 223559)
242 26th Street, Unit C
Santa Monica, CA 90402
kmcbroom@mcbroomlegal.com/(310) 666-5198

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>PLAINTIFF(S)<br><br>v.<br><br>JONATHAN REDONDO-ROSALES<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:25-cr-00679-CV<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  **(List Documents)**

Supplemental Brief in Support of Motion to Compel Brady Discovery

**Reason:**

[✓]  Under Seal
[ ]  In Camera
[ ]  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ]  Per Court order dated: _____
[ ]  Other:

January 29, 2026
Date

Katherine C. McBroom
Attorney Name

Jonathan Redondo-Rosales
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    **NOTICE OF MANUAL FILING OR LODGING**