**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>JONATHON REDONO-ROSALES.<br><br>                Defendant. | Case No. 2:25-cv-00679-CV<br><br>**ORDER DISMISSING INFORMATION, SETTING HEARING ON THE GOVERNMENT'S MOTION TO DISMISS, AND ORDERING DEFENDANT'S IMMEDIATE RELEASE FROM CUSTODY**<br><br>**[DOC. # 91]** |

On February 6, 2026, Plaintiff United States of America (the "Government") filed a Motion to Dismiss the Information Without Prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Doc. # 91 ("Motion"). The Government represents that Defendant Jonathon Redondo-Rosales ("Defendant") agrees the Information should be dismissed but objects to dismissal without prejudice. *Id.* at 3–4.

Because dismissal of the Information is undisputed, the Court GRANTS the Motion to the extent it seeks dismissal of the Information and RESERVES the question whether dismissal should be with or without prejudice. The Court sets a hearing on that issue for **February 9, 2026, at 10:00 a.m.**, in Courtroom 10B. Defendant's attendance is required.

The Court HEREBY ORDERS that Defendant be released from custody *forthwith*.

IT IS SO ORDERED.

Dated: 2/6/26

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE