UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

      Plaintiff - Appellant,

  v.

JONATHON REDONDO-ROSALES,

      Defendant - Appellee.

No. 26-834

D.C. No.
2:25-cr-00679-CV-1
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 11) for voluntary dismissal is granted. This

appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT